**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Oil Daddy, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Lubritech |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 7 4 8 0 0 7 |

**4. Debtor's address**

**Principal place of business**

1400 N. Country Road 1110
Number    Street

Midland, TX 79706
City                                State    ZIP Code

Midland
County

**Mailing address, if different from principal place of business**

Number          Street

City                                State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                                State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    <u>Oil Daddy, LLC</u>                      Case number *(if known)* _____
       Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
     <u>3</u>   <u>3</u>   <u>3</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                            MM / DD / YYYY

Case number, if known _____

Debtor    Oil Daddy, LLC
          Name                                                    Case number (if known)

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other |
| | **Where is the property?** |
| | _____ |
| | Number    Street |
| | _____ |
| | City    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Oil Daddy, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/13/2023
MM/ DD/ YYYY

X /s/ Sid Ivey

Sid Ivey

Signature of authorized representative of debtor          Printed name

Title          President

**18. Signature of attorney**

X /s/ Stephen W Sather          Date 09/13/2023
Signature of attorney for debtor          MM/ DD/ YYYY

Stephen W Sather
Printed name

Barron & Newburger, P.C.
Firm name

7320 N. MoPac Expressway 400
Number          Street

Austin          TX          78731
City          State          ZIP Code

(512) 649-3243          ssather@bn-lawyers.com
Contact phone          Email address

17657520          TX
Bar number          State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Oil Daddy, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Southwest Bank Odessa | Checking account | 2111 | $0.00 |

   **Additional Page Total** - *See continuation page for additional entries* | $5,325.00

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $5,325.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Debtor     __Oil Daddy, LLC_____     Case number *(if known)* _____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

11. **Accounts Receivable**

    | 11a. 90 days old or less: | **$64,887.50** | - | **$0.00** | = ...... → | **$71,887.50** |
    |---|---|---|---|---|---|
    |  | face amount |  | doubtful or uncollectible accounts |  |  |

    | 11b. Over 90 days old: | | - | | = ...... → | |
    |---|---|---|---|---|---|
    |  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                            **$71,887.50**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Debtor      __Oil Daddy, LLC_____          Case number *(if known)* _____
                   Name

        **None**

17.  **Total of Part 4**                                                                                      $0.00
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

**Part 5:**  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☐ No. Go to Part 6.
     ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

     **None**

20.  **Work in progress**

     **None**

21.  **Finished goods, including goods held for resale**

     **None**

22.  **Other inventory or supplies**

     22.1  __Chemicals_____                                    $80,000.00                                    $80,000.00
                                    MM / DD / YYYY

23.  **Total of Part 5**                                                                                      $80,000.00
     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

Debtor      __Oil Daddy, LLC_____          Case number *(if known)* _____
                Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor __**Oil Daddy, LLC**_____     Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **None** | | | |
| **40.  Office fixtures** | | | |
| **None** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Coil Unit 2 5/8"** | **$3,500,000.00** | | **$3,500,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$8,200,000.00** |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.  Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$11,700,000.00** |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Chevrolet / Chevrolet 6500** | **(Unknown)** | | **$40,000.00** |

Debtor    __Oil Daddy, LLC_____     Case number *(if known)* _____
          Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples*:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     **None**

49.  **Aircraft and accessories**

     **None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery
     and equipment)**

     **None**

51.  **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                    $40,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**  Real Property

54.  **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

     **None**

56.  **Total of Part 9**

     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor   __Oil Daddy, LLC_____   Case number *(if known)* _____
      Name

---

### Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

    None

61. **Internet domain names and websites**

    None

62. **Licenses, franchises, and royalties**

    None

63. **Customer lists, mailing lists, or other compilations**

    None

64. **Other intangibles, or intellectual property**

    None

65. **Goodwill**

    None

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.           $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 11: All other assets

---

Debtor    __Oil Daddy, LLC_____     Case number *(if known)* _____
       Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.        **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    __Oil Daddy, LLC__         Case number *(if known)* _____
      Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,325.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $71,887.50 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $80,000.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $11,700,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $11,897,212.50 | + 91b.   $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................................... | | $11,897,212.50 |

| Debtor | __Oil Daddy, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## ▮ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 __Frost Bank__ | **Checking account** | **6000** | **$3,150.00** |
| 3.3 __Chase Bank__ | **Checking account** | 8778 | **$50.00** |
| 3.4 __City National Bank__ | **Checking account** | 4768 | **$2,125.00** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment - *Continued*** | | | |
| 41.2 __Coil Unit 2 3/8"__ | **$3,600,000.00** | | **$3,600,000.00** |
| 41.3 __Coil Unit 7 1/4"__ | **$3,000,000.00** | | **$3,000,000.00** |
| 41.4 __11 Mixing Units + Filler Pads__ | **$1,500,000.00** | | **$1,500,000.00** |
| 41.5 __2007 Kenworth Tractor__ | **$50,000.00** | | **$50,000.00** |
| 41.6 __2006 Kenworth Tractor__ | **$50,000.00** | | **$50,000.00** |

Fill in this information to identify the case:

Debtor name ___Oil Daddy, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**

Chevrolet Finance

**Creditor's mailing address**

P.O. Box 1617

Minneapolis, MN 55440-1617

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $20,000.00     Column B: unknown

**Remarks:** Chevrolet 6500 Truck

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $5,110,808.11

Debtor   Oil Daddy, LLC

Case number (if known) _____

Name

---

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

First-Citizens Bank & Trust Company

**Describe debtor's property that is subject to a lien**

unknown                    unknown

**Creditor's mailing address**

10201 Centurion Parkway North

Jacksonville, FL 32256

**Describe the lien**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**        ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 2007 Kenworth Tractor Vin # 1XKDD40X17R9947745, 2006 Kenworth Tractor Vin # 1XKDD40X96R87457.

---

Debtor  Oil Daddy, LLC
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

QFS Capital, LLC

**Creditor's mailing address**

16192 Coastal Hwy

Lewes, DE 19958

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$19,291.97   unknown

Debtor    Oil Daddy, LLC
      Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

Rapid Finance

**Describe debtor's property that is subject to a lien**

$27,869.06      unknown

**Creditor's mailing address**

4500 East West Highway, 6th Floor

Bethesda, MD 20814

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Oil Daddy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Small Business Financial Solutions, LLC

**Describe debtor's property that is subject to a lien**

$27,869.06      unknown

**Creditor's mailing address**

dba Rapid Finance

4500 East West Highway 6th Floor

Bethesda, MD 20814

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   Oil Daddy, LLC                                    Case number (if known) _____
         Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

Small Business Financial Solutions, LLC

**Describe debtor's property that is subject to a lien**

$41,691.20               unknown

**Creditor's mailing address**

dba Rapid Finance

4500 East West Highway 6th Floor

Bethesda, MD 20814

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**  _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Oil Daddy, LLC
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

Southwest Bank

**Creditor's mailing address**

4800 E, 42nd Street

Odessa, TX 79762

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    9   8   6   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Equipment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,886,307.82          unknown

**Remarks:** Coil Tubing Unit, Pump, Power Pack, Midland House & Yard, Odessa House, Blanket on all other equipment.

Debtor    Oil Daddy, LLC                              Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

Southwest Bank Factoring, LLC

**Describe debtor's property that is subject to a lien**

_____

_____

_____

Column A: unknown

Column B: unknown

**Creditor's mailing address**

4800 E. 42nd Street

Odessa, TX 79762

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

         _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  Oil Daddy, LLC                                    Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

---

**2.9** **Creditor's name**

TCS Equipment Finance

**Creditor's mailing address**

11645 S. 700 E Suite 250

Draper, UT 84020

**Creditor's email address, if known**

_____

**Date debt was incurred**        04/2021

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Coil Unit 2 3/8"

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000,000.00        $3,600,000.00

**Remarks:** 2 3/8 Coil Unit & Tractor, Support Trailer

---

Debtor   Oil Daddy, LLC
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10 Creditor's name**

TCSEF Texas, LP

**Creditor's mailing address**

11645 South 700 East Suite 250

84020

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

| Debtor | Oil Daddy, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

U.S. Small Business Administration

**Describe debtor's property that is subject to a lien**

Column A: unknown  Column B: unknown

**Creditor's mailing address**

Little Rock Loan Servicing

2120 Riverfront Drive Suite 100

Little Rock, AR 72202

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Oil Daddy, LLC                                          Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

Vista Point Services, LLC

$87,779.00          unknown

**Describe debtor's property that is subject to a lien**

_____

**Creditor's mailing address**

1786 Tall Tree Drive E

32246

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**          _____

**Last 4 digits of account number**          __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Oil Daddy, LLC _____   Case number (if known) _____
      Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ijaraj 3.0 Trust 2020-2<br>c/o Lord Securities Corporation<br>48 Wall Street, 27th Flr.<br>New York, NY 10005 | Line 2. 10 | __ __ __ __ |
| US Attorney Civil Processing Clerk<br>U.S. SBA<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216 | Line 2. 11 | __ __ __ __ |
| US Attorney General<br>Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | Line 2. 11 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor    Oil Daddy, LLC
        Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Oil Daddy, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | |
| **2.2** | Priority creditor's name and mailing address | | |
| | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | |

Debtor   __Oil Daddy, LLC__                                                          Case number *(if known)* _____
                    Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**AHG Technologies, LP aka Armadillo Hotel**

**One Park Centre**

**9430 Research Blvd., Building 4**

**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,730.84

---

**3.2** **Nonpriority creditor's name and mailing address**

**Capital Assist, LLC**

**40 Wall Street Suite 2901**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Balance**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,331.76

---

**3.3** **Nonpriority creditor's name and mailing address**

**Centurion Technologies**

**c/o Burt & Associates**

**801 E. Richardson Rd. Suite 165**

**Richardson, TX 75081**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,155.00

---

**3.4** **Nonpriority creditor's name and mailing address**

**Cintas Corporation**

**PO Box 650838**

**Dallas, TX 75265-0838**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,473.59

Debtor    **Oil Daddy, LLC**
_____
          Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

Delta Energy Distribution, LLC

733 Keyser Avenue

Natchitoches, LA 71457

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,974.64

---

**3.6** **Nonpriority creditor's name and mailing address**

Delta Fuel Company, LLC

P.O. Box 1810

Ferriday, LA 71334

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rental / Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,677.74

---

**3.7** **Nonpriority creditor's name and mailing address**

Empire Torque Tools, LLC

9203 Sweetbrush Drive

Houston, TX 77064

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rental

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,382.73

---

**3.8** **Nonpriority creditor's name and mailing address**

Endeavor Energy Resources, LP

c/o Michael McKinney

24 Smith Road Suite 505

Midland, TX 79705

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor    __Oil Daddy, LLC__                                    Case number *(if known)* _____
         Name

**Part 2:**   Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $160,000.00 |

**3.9**   Nonpriority creditor's name and mailing address

**Fundsource Management**

**1816 W. James Street**

**19403**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Balance__

Is the claim subject to offset?
☒ No
☐ Yes

**$160,000.00**

---

**3.10**   Nonpriority creditor's name and mailing address

**Golden Ranch Energy Services**

**P.O. Box 280**

**Raceland, LA 70394**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$86,720.00**

---

**3.11**   Nonpriority creditor's name and mailing address

**Grappler Pressure Pumping, LLC**

**3847 S. Boulevard Suite 200**

**73013**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Remarks:
HOFF A 6H, HOFF A 7H WELL, TELLURIDE A 1H WELL
&TELLURIDE B 2H WELL.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pressure Pumping / Services__

Is the claim subject to offset?
☒ No
☐ Yes

**$59,454.81**

---

**3.12**   Nonpriority creditor's name and mailing address

**Integrity Delaware, LLC**

**DBA Integrity Industries**

**P.O. Box 5342**

**Kingsville, TX 78363**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Default Judgement__

Is the claim subject to offset?
☒ No
☐ Yes

**$99,316.39**

---

Debtor    __Oil Daddy, LLC_____        Case number *(if known)* _____
                Name

---

**Part 2:**  Additional Page

---

**3.13**  Nonpriority creditor's name and mailing address

__Jules and Associates, Inc.__

__515 South Figueroa Street Suite 1900__

__Los Angeles, CA 90071__

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:        __$113,018.04__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Balance__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

__L4 Restored, LLC__

__468 Isabella Drive__

__Blanchard, OK 73010__

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:        __$30,310.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Fuel__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

__Nov, Inc.__

__500 N. Lorraine Street__

__79701__

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:        __$250,000.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Balance__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

__Oilfieldlodging.com, LLC__

__13215 Bee Cave Parkway Suite B-200__

__Austin, TX 78738__

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:        __$37,757.60__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Services Rendered for
Basis for the claim:  __Travel / Lodging Sales__

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    __Oil Daddy, LLC__                              Case number *(if known)* _____
                Name

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

Premier Flow Control

P.O. Box 959

Corsicana, TX 75151

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Coil Tubing

As of the petition filing date, the claim is:    **$4,820.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Premier Flow Control

P.O. Box 3079

Corsicana, TX 75151

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Equipment Rental / Lease

As of the petition filing date, the claim is:    **$4,820.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rental / Lease

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Romac Environmental Services, LLC

Jami L. Ishee

810 South Buchanan

Lafayette, LA 70502

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    **$87,981.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Southwest Bank

4800 E, 42nd Street

Odessa, TX 79762

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    **$156,937.09**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Checking Overdraft

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    __Oil Daddy, LLC__                                                Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |

**3.21** Nonpriority creditor's name and mailing address

Sunbelt Rentals

1275 West Mound Street

Columbus, OH 43223

Date or dates debt was incurred    __01/30/2023__

Last 4 digits of account number    __1__  __4__  __5__  __8__

As of the petition filing date, the claim is:    $20,245.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Rental / Lease__

Is the claim subject to offset?
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

The Nitsche Group

143 E. Austin

Giddings, TX 78942

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Insurance Policy

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Provider__

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Tiger Industrial Rentals, LLC

c/o John Seth Bullard

470 Orleans Street 4thFloor

Beaumont, TX 77701

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Union Funding Source, Inc.

1835 E. Hallandale Beach Blvd., Suite 278

Hallandale, FL 33009

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $11,864.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collateral for Assets__

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __**Oil Daddy, LLC**_____ Case number *(if known)* _____
　　　　　Name

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

**Univar**

**3 Waterway Square Place Suite 1000**

**Spring, TX 77380**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown_____

**3.26** Nonpriority creditor's name and mailing address

**US Energy & Supply, LLC**

**PO Box 61648**

**Midland, TX 79711**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Balance__

**Is the claim subject to offset?**
☑ No
☐ Yes

__$175,873.88_____

Debtor   __Oil Daddy, LLC_____        Case number *(if known)* _____
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Buchalter, A Professional Corporation**<br>**1000 Wilshire Blvd. Suite 1500**<br>**Los Angeles, CA 90017** | Line **3.13**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Patrick D. Sears, Jr.**<br>**Taylor, Taylor & Russell**<br>**2777 Allen Parkway, Suite 1000**<br>**Houston, TX 77019** | Line **3.4**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Oil Daddy, LLC**_____    Case number *(if known)* _____
                    Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00**_____ |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$1,470,845.28**_____ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,470,845.28**_____ |

Fill in this information to identify the case:

Debtor name _____Oil Daddy, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____  Chapter ____11____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Coil Tubing Unit | TCS Equipment Finance |
| | | | 11645 S. 700 E Suite 250 |
| | State the term remaining | 0 months | Draper, UT 84020 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Truck Rental | Flex Fleet Rental |
| | | | 6975 S. Union Park Center Suite 500 |
| | State the term remaining | 0 months | Midvale, UT 84047 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Security Agreement | Southwest Bank |
| | | | 4800 E. 42nd Street |
| | State the term remaining | 104 months | Odessa, TX 79762 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment | RTR Services, Inc. |
| | | | P.O. Box 7327 |
| | State the term remaining | 0 months | Salem, OR 97303 |
| | List the contract number of any government contract | | |

Debtor     Oil Daddy, LLC                                                     Case number *(if known)* _____
           _____
           Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease: 2006 & 2007 Kenworth Tractos | Jules and Associates, Inc. |
|---|---|---|---|
| | State the term remaining | 22 months | 515 South Figueroa Street Suite 1900 |
| | List the contract number of any government contract | | Los Angeles, CA 90071 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Oil Services / Equipment | Centennial Resource Production, LLC |
|---|---|---|---|
| | State the term remaining | 0 months | 1001 17th Street Suite 1800 |
| | List the contract number of any government contract | | Denver, CO 80202 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Rental | First-Citizens Bank & Trust Company |
|---|---|---|---|
| | State the term remaining | 0 months | 10201 Centurion Parkway North |
| | List the contract number of any government contract | | Jacksonville, FL 32256 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | TCSEF Texas, LP |
|---|---|---|---|
| | State the term remaining | 0 months | 11645 South 700 East Suite 250 |
| | List the contract number of any government contract | | 84020 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Security Interest | Ijarah 3.0 Trust 2020-2 |
|---|---|---|---|
| | | | c/o Lord Securities Corporation |
| | State the term remaining | 0 months | 48 Wall Streeet, 27th Floor |
| | List the contract number of any government contract | | New York, NY 10005 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Business Loan | Small Business Financial Solutions, LLC |
|---|---|---|---|
| | | | dba Rapid Finance |
| | State the term remaining | 10 months | 4500 East West Highway 6th Floor |
| | List the contract number of any government contract | | Bethesda, MD 20814 |

Fill in this information to identify the case:

Debtor name __**Oil Daddy, LLC**_____

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Oil Daddy, LLC**                                    Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.6 | _____ | Street _____ | _____ | ❑ D |
| | | _____ | | ❑ E/F |
| | | | | ❑ G |
| | | City          State          ZIP Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Oil Daddy, LLC

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     **1a. Real Property:**

        Copy line 88 from *Schedule A/B*.................................................................................................

| $0.00 |
|---|

     **1b. Total personal property:**

        Copy line 91A from *Schedule A/B*.................................................................................................

| $11,897,212.50 |
|---|

     **1c. Total of all property:**

        Copy line 92 from *Schedule A/B*...................................................................................................

| $11,897,212.50 |
|---|

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................

| $5,110,808.11 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

| $0.00 |
|---|

     **3b. Total amount of claims of non-priority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

+ | $1,470,845.28 |
|---|

---

4. **Total liabilities**..........................................................................................................................

| $6,581,653.39 |
|---|

     Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name  Oil Daddy, LLC |
| United States Bankruptcy Court for the: Western District of Texas |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital Assist, LLC<br>40 Wall Street Suite 2901<br>New York, NY 10005 | | Credit Balance | | | | $25,331.76 |
| 2 | Cintas Corporation<br>PO Box 650838<br>Dallas, TX 75265-0838 | | Judgment | | | | $37,473.59 |
| 3 | Delta Energy Distribution, LLC<br>733 Keyser Avenue<br>Natchitoches, LA 71457 | | | | | | $31,974.64 |
| 4 | Delta Fuel Company, LLC<br>P.O. Box 1810<br>Ferriday, LA 71334 | | Equipment Rental / Lease | | | | $35,677.74 |
| 5 | Fundsource Management<br>1816 W. James Street<br>, 19403 | (610) 992-1300 | Credit Balance | | | | $160,000.00 |
| 6 | Golden Ranch Energy Services<br>P.O. Box 280<br>Raceland, LA 70394 | | | | | | $86,720.00 |
| 7 | Grappler Pressure Pumping, LLC<br>3847 S. Boulevard Suite 200<br>, 73013 | | Pressure Pumping / Services | | | | $59,454.81 |
| 8 | Integrity Delaware, LLC<br>DBA Integrity Industries<br>P.O. Box 5342<br>Kingsville, TX 78363 | | Default Judgement | | | | $99,316.39 |

Debtor    Oil Daddy, LLC
_____

Case number *(if known)* _____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jules and Associates, Inc. 515 South Figueroa Street Suite 1900 Los Angeles, CA 90071 | (213) 362-5600 | Credit Balance | | | | $113,018.04 |
| 10 | L4 Restored, LLC 468 Isabella Drive Blanchard, OK 73010 | | Fuel | | | | $30,310.00 |
| 11 | Nov, Inc. 500 N. Lorraine Street , 79701 | | Credit Balance | | | | $250,000.00 |
| 12 | Oilfieldlodging.com, LLC 13215 Bee Cave Parkway Suite B-200 Austin, TX 78738 | (512) 263-8488 | Services Rendered for Travel / Lodging Sales | | | | $37,757.60 |
| 13 | Rapid Finance 4500 East West Highway, 6th Floor Bethesda, MD 20814 | (866) 224-1162 | | | | | $27,869.06 |
| 14 | Romac Environmental Services, LLC Jami L. Ishee 810 South Buchanan Lafayette, LA 70502 | | | | | | $87,981.34 |
| 15 | Small Business Financial Solutions, LLC dba Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | | | | | $41,691.20 |
| 16 | Small Business Financial Solutions, LLC dba Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD 20814 | | | | | | $27,869.06 |
| 17 | Southwest Bank 4800 E, 42nd Street Odessa, TX 79762 | | Equipment | | | | $2,886,307.82 |
| 18 | Southwest Bank 4800 E, 42nd Street Odessa, TX 79762 | | Checking Overdraft | | | | $156,937.09 |
| 19 | US Energy & Supply, LLC PO Box 61648 Midland, TX 79711 | (432) 563-7988 | Credit Balance | | | | $175,873.88 |
| 20 | Vista Point Services, LLC 1786 Tall Tree Drive E , 32246 | | | | | | $87,779.00 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Oil Daddy, LLC**                                                          CASE NO

                                                                                                    CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 09/13/2023 _____     Signature _____ /s/ Sid Ivey _____
                                                                                    Sid Ivey, President

AHG Technologies, LP aka
Armadillo Hotel
One Park Centre
9430 Research Blvd., Building 4
Austin, TX 78759

Buchalter, A Professional
Corporation
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017

Capital Assist, LLC
40 Wall Street Suite 2901
New York, NY 10005

Centennial Resource
Production, LLC
1001 17th Street Suite 1800
Denver, CO 80202

Centurion Technologies
c/o Burt & Associates
801 E. Richardson Rd. Suite 165
Richardson, TX 75081

Chevrolet Finance
P.O. Box 1617
Minneapolis, MN 55440-1617

Cintas Corporation
PO Box 650838
Dallas, TX 75265-0838

Delta Energy Distribution, LLC
733 Keyser Avenue
Natchitoches, LA 71457

Delta Fuel Company, LLC
P.O. Box 1810
Ferriday, LA 71334

Empire Torque Tools, LLC
9203 Sweetbrush Drive
Houston, TX 77064

Endeavor Energy Resources, LP
c/o Michael McKinney
24 Smith Road Suite 505
Midland, TX 79705

First-Citizens Bank & Trust Company
10201 Centurion Parkway North
Jacksonville, FL 32256

Flex Fleet Rental
6975 S. Union Park Center Suite 500
Midvale, UT 84047

Fundsource Management
1816 W. James Street
19403

Golden Ranch Energy Services
P.O. Box 280
Raceland, LA 70394

Grappler Pressure Pumping, LLC
3847 S. Boulevard Suite 200
73013

Ijarah 3.0 Trust 2020-2
c/o Lord Securities Corporation
48 Wall Streeet, 27th Floor
New York, NY 10005


Ijaraj 3.0 Trust 2020-2
c/o Lord Securities Corporation
48 Wall Street, 27th Flr.
New York, NY 10005


Integrity Delaware, LLC
DBA Integrity Industries
P.O. Box 5342
Kingsville, TX 78363


Jules and Associates, Inc.
515 South Figueroa Street Suite 1900
Los Angeles, CA 90071


L4 Restored, LLC
468 Isabella Drive
Blanchard, OK 73010


Nov, Inc.
500 N. Lorraine Street
79701


Oilfieldlodging.com, LLC
13215 Bee Cave Parkway Suite B-200
Austin, TX 78738


Patrick D. Sears, Jr.
Taylor, Taylor & Russell
2777 Allen Parkway, Suite 1000
Houston, TX 77019

Premier Flow Control
P.O. Box 959
Corsicana, TX 75151


Premier Flow Control
P.O. Box 3079
Corsicana, TX 75151


QFS Capital, LLC
16192 Coastal Hwy
Lewes, DE 19958


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Romac Environmental
Services, LLC
Jami L. Ishee
810 South Buchanan
Lafayette, LA 70502

RTR Services, Inc.
P.O. Box 7327
Salem, OR 97303


Small Business Financial
Solutions, LLC
dba Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814

Southwest Bank
4800 E, 42nd Street
Odessa, TX 79762

Southwest Bank Factoring,
LLC
4800 E. 42nd Street
Odessa, TX 79762


Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223


TCS Equipment Finance
11645 S. 700 E Suite 250
Draper, UT 84020


TCSEF Texas, LP
11645 South 700 East Suite 250
84020


The Nitsche Group
143 E. Austin
Giddings, TX 78942


Tiger Industrial Rentals, LLC
c/o John Seth Bullard
470 Orleans Street 4thFloor
Beaumont, TX 77701


U.S. Small Business
Administration
Little Rock Loan Servicing
2120 Riverfront Drive Suite 100
Little Rock, AR 72202


Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd., Suite 278
Hallandale, FL 33009

Univar
3 Waterway Square Place Suite 1000
Spring, TX 77380


US Attorney Civil Processing
Clerk
U.S. SBA
601 NW Loop 410 Suite 600
San Antonio, TX 78216

US Attorney General
Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530


US Energy & Supply, LLC
PO Box 61648
Midland, TX 79711


Vista Point Services, LLC
1786 Tall Tree Drive E
32246